**07 CRIM. 385**

P44540/R. Gonzalez

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Miscellaneous Court Clerk | OFFENSE: Possession of a Firearm by Convicted A Felon, in violation of T18 U.S.C. 922(a), T18 U.S.C. 924 (e)(1). |
| | | ORIGINAL SENTENCE: Fifteen (15) Years imprisonment followed by three (3) years of supervised release. |
| FROM: | Raymond L. Gonzalez<br>U.S. Probation Officer | SPEC. CONDITIONS: Defendant shall pay a $50.00 special assessment. |
| | | AMENDED CONDITIONS: Defendant will participate in a program approved by the U.S. Probation Office for treatment of substance abuse. |
| | | AUSA: Richard Zabel |
| RE: | Gilliam, Kevin<br>Docket # 2:04 CR 701(MBB) | |

DATE OF SENTENCE:   July 28, 1992

DATE:   May 2, 2007

ATTACHMENTS:   PSI X    JUDGMENTS X   PREVIOUS REPORTS
                             VIOLATION   PETITION

REQUEST FOR:   WARRANT____   SUMMONS ____   COURT DIRECTION  X

---

### TRANSFER OF JURISDICTION

On July 28, 1992, Kevin Gilliam was sentenced by the Honorable Richard Owen, United States District Judge for the Southern District of New York, to Fifteen (15) Years imprisonment to be followed by a three (3) term of supervised release. On November 10, 2004, jurisdiction was transferred to the Eastern District of Pennsylvania.

Gilliam, Kevin                                                                                   P44540-R. Gonzalez

- 2 -

On September 27, 2005, Gilliam was returned to Court to address his non-compliant behavior. On the aforementioned date, before the Honorable Michael M. Baylson, United States District Judge for the Eastern District of Pennsylvania, Gilliam admitted to a Grade C violation, in that, he violated the following condition: "Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance of any paraphernalia relating to any controlled substance, except as prescribed by a physician." Gilliam was subsequently sentenced to eight (8) months incarceration to be followed by a twenty-eight (28) month term of supervised release.

Gilliam was released from custody on May 26, 2006. Since his release, the offender has been supervised in the Southern District of New York. Gilliam has made a poor adjustment to supervision. He used illicit opiates on September 20, 2006, September 27, 2006, October 5, 2006, October 18, 2006, October 25, 2006, and November 2, 2006.

On January 21, 2007, we received a letter from the Eastern District of Pennsylvania advising that the Honorable Michael M. Baylson, United States District Judge for the Eastern District of Pennsylvania, signed the Transfer of Jurisdiction (Probation Form 22) and requests that Mr. Gilliam's supervision be transferred to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction. Attached please find the aforementioned Form 22s.

Your assistance in this matter is greatly appreciated.

                                        Respectfully submitted,

                                        CHRIS J. STANTON
                                        Chief U.S. Probation Officer

                        By:             Raymond L. Gonzalez
                                        U.S. Probation Officer
                                        212-805-5124

Approved By:    Charles T. Herman          Date
                Supervising U.S. Probation Officer